# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 163

In the Interest of A.Z.

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| A.Z., child, D.T., father, | |
| Unknown Father, | Respondents |
| and | |
| S.Z., mother, | Respondent and Appellant |

## No. 20230245

In the Interest of D.Z.

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| D.Z., child, D.T., father, | Respondents |
| and | |
| S.Z., mother, | Respondent and Appellant |

## No. 20230246

Appeal from the Juvenile Court of Ward County, North Central Judicial District, the Honorable Kelly A. Dillon, Judicial Referee.

AFFIRMED.

Per Curiam.

Rozanna C. Larson, State's Attorney, Minot, ND, for petitioner and appellee; submitted on brief.

Jamie L. Schaible, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of A.Z. and D.Z. - Nos. 20230245-20230246**

**Per Curiam.**

[¶1]  S.Z. appeals from a juvenile court order terminating her parental rights to A.Z. and D.Z. S.Z. argues the court erred in finding clear and convincing evidence established the children were in need of protection and that the conditions and causes of the need for protection were likely to continue. She also argues the court erred in finding there was clear and convincing evidence the children would likely suffer harm absent a termination of parental rights. After reviewing the record, the court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]  Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr